UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS GONZALEZ-RIVERA,<br><br>　　　　Defendant. | Criminal Case No. 07CR0406-WQH<br><br>**AMENDED** ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS |

ORDER

Upon motion of the UNITED STATES OF AMERICA pursuant to Fed. R. Crim. P. 48(a), IT IS HEREBY ORDERED that the indictment in criminal case number 07CR0406-WQH be dismissed, without prejudice, as to defendant Jose Luis Gonzalez-Rivera.

IT IS FURTHER ORDERED that the bond be exonerated, if bond be posted.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: April 19, 2007

　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　United States District Judge